UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID SIFFLET,<br><br>　　　　Defendant. | Case No. 21-cv-03144-VC<br><br>**ORDER GRANTING DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 13 |

　　　Brian Whitaker's motion for default judgment is granted. The Court has personal jurisdiction over the defendant and subject matter jurisdiction over the case; the defendant was properly sued; and Whitaker has standing to sue. The *Eitel* factors also weigh in favor of default judgment: the complaint adequately alleges violations of the ADA and its implementing regulations, a violation of the ADA automatically constitutes a violation of the Unruh Act, and the defendant was properly served. *See Eitel v. McCool*, 728 F.2d 1470, 1471–72 (9th Cir. 1986); Cal. Civ. Code § 51(f).

　　　As to relief, the ADA provides for injunctive relief, and both the ADA and the Unruh Act allow for reasonable attorney's fees and costs. *See* 42 U.S.C. §§ 12188(a)(2), 12205; Cal. Civ. Code § 52(a). Whitaker is thus awarded $1,635 in attorney's fees and $837 in costs. Whitaker is also awarded $4,000 in statutory damages under the Unruh Act. Cal. Civ. Code § 52(a), for a total monetary judgment of $6,472. The defendant is ordered to provide wheelchair accessible dining surfaces at the "Behind the Bun" restaurant located at 4920 Telegraph Ave., Oakland, California, in compliance with the ADA.

　　　**IT IS SO ORDERED.**

Dated: October 19, 2021

_____
VINCE CHHABRIA
United States District Judge